FILED
CLERK
4/1/2019 10:08 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jamie J. Douglas, individually and on behalf of all those similarly situated,

Plaintiff,

-against-

Financial Asset Management Systems, Inc.,

Defendant.

Docket No: 2:18-cv-04328-JMA-SIL

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: March 4, 2019

| **BARRON & NEWBURGER, P.C.** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By:    /s Arthur Sanders    <br>Arthur Sanders, Esq.<br>30 South Main Street<br>New City, New York 10956<br>Tel: (845) 499-2990<br>*Attorneys for Defendant* | By:    /s Craig B. Sanders    <br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *ConsumerRights@BarshaySanders.com*<br>Our File No: 115587<br>*Attorneys for Plaintiff* |

SO ORDERED.
/s/ JMA, USDJ
4/1/2019